IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA REYES and<br>JIMMY REYES<br><br>           Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>           Defendants. | :<br>:<br>:   CIVIL ACTION NO.  02-CV-3334<br>:<br>:<br>:<br>:<br>:<br>:   ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>:<br>: |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____   _____
Hope S. Freiwald                                  Aline Fairweather


_____   _____
Erin Brennan                                         Kirstin J. Miller


                                              DECHERT PRICE & RHOADS
                                              4000 Bell Atlantic Tower
                                              1717 Arch Street
                                              Philadelphia, PA  19103-2793
                                              (215) 994-4000